**SEALED** 3:25-mj-00348-IM

DISTRICT OF OREGON, ss:         AFFIDAVIT OF RYAN PHILLIPS

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Ryan Phillips, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since August 2014.  I am currently assigned to the FBI's Joint Terrorism Task Force.  As part of my duties, I investigate criminal violations relating to terrorism, in addition to other criminal violations such as interstate threats and threats made to a federal law enforcement officer.  As a result of my training and experience, I am familiar with the use of computers, cellphones, social media, email, and the Internet in connection with criminal activity.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for John Cupp, also known as ("aka") Walid Al Amriki, (hereinafter "Cupp") for a violation 18 U.S.C. § 115(a)(1)(B), Threats Made Against a Federal Law Enforcement Officer.  As set forth below, there is probable cause to believe, and I do believe, that Cupp made such threats in violation of 18 U.S.C. § 115(a)(1)(B).

3.      The facts set forth in this affidavit are based on the following: my own personal knowledge; information obtained from other individuals during my participation in this investigation, including other federal and local law enforcement officers; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.  Because this affidavit is submitted for the limited purpose of establishing probable cause in

support of the application for an arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

## Applicable Law

4.     Title 18, United States Code § 115(a)(1)(B) makes it a federal offense to threaten "to assault, kidnap, or murder" a federal law enforcement officer "with intent to impede, intimidate, or interfere with such [law enforcement officer] while engaged in the performance of official duties, or with intent to retaliate against such [law enforcement officer] on account of the performance of official duties."

## Statement of Probable Cause

### Cupp's Online Violent Statements About the Jewish Community and U.S. Government[1]

5.     From approximately late May to mid-August 2024, the FBI received four online tips from individuals expressing concern about videos posted on Cupp's social media pages, attribution discussed *infra*.[2] Based on either IP or physical addresses provided, these complainants were located in North Carolina, Pennsylvania, Maryland, and Texas. One complainant noted that Cupp on TikTok—using username @meq6u and online name Walid Al Amriki and calling himself a member of the "North American Resistance Committee"—"is extremely anti-Jewish in hate speech but takes it a step further with a video he posted stating the need to eradicate Jewish people for the childrens' future and calls people to 'kill' and 'die' to protect their childrens' future." A separate complainant reported in one of Cupp's videos on

---

[1] I do not propose charging the online statements as violations of 18 U.S.C. § 875(c) but include them here for completeness. The FBI has been monitoring Cupp's publicly available online activity because of frequent reports to the FBI from the public about the violent nature of his statements about the Jewish community and U.S. government.

[2] Cupp's specific social media pages are discussed *infra*.

**Affidavit of Ryan Phillips**                                                                                                                     **Page 2**

TikTok— using username @meq6u— refers to Islamic jihad. The complainant also referenced other videos in which Cupp discusses his hatred of "imperialism" and Jews. The complainant added "But his videos…they feel like the videos we all stumble across AFTER he does something terrible…" Based on the identifiers described in these two posts, combined with my familiarity with this investigation, I believe the posts described above belong to Cupp.

6. An online query of publicly available social media accounts utilized by Cupp shows he is a prolific producer of online content. He uses several platforms, including TikTok, X, Facebook, and vk.com.[3] For example, using display name Walid Al Amriki, Cupp maintains a page on vk.com (https://vk.com/id846182409) where he posts a profile photograph of himself and self-identifies as the "Public Relations Director of the North American Resistance Committee." Based on my review of Cupp's Oregon Department of Motor Vehicles (DMV) photograph, combined with my previous in-person interviews with him,[4] I believe this vk.com account belongs to him. Cupp regularly posts videos of himself providing commentary about political and social issues. In many video clips, Cupp calls for going to war with "the Jews" and overthrowing the United States Government. For example, in approximately November 2024, Cupp posted a video titled, "On Being Scientific and Dialectical in America," in which he says, "we are going to war with the Jews and the American Government…So let's build this sucker. Let's be these Timothy McVeigh mother fuckers and let's do some soul searching before we start going DefCon3[5] on the Jews and the federal government so we get somewhere…it's going

---

[3] Vk.com is a Russian social media and social networking service.

[4] The FBI previously investigated Cupp for unrelated conduct, during which investigation I was able to talk with Cupp several times. That investigation closed in 2020.

[5] According to open-source information, Defcon3 refers to a heightened military readiness

**Affidavit of Ryan Phillips**                                                                 **Page 3**

to be very violent. Everything we do when we talk should be very violent sounding. Fuck 'em, kill me, shoot me, I don't care…"

7.     Separately, in another vk.com video titled "New Afrikans and Rednecks Will March Together," also posted in approximately November 2024, Cupp talked about guerilla warfare and turning cities such as Portland into the "peoples' base." He said "But we will come together, we will fight the American Government, and we will overthrow it by violent force of arms[.]" Similarly, in approximately mid-July 2025, Cupp posted to vk.com a video of himself discussing localized resistance and using lone wolves to target the government. Specifically, when discussing a response to the possibility of National Guard troops being deployed to Portland, Cupp says, "A combination of mass political work hand-in-hand with fringe elements willing to engage in armed struggle, uh, looking at places where the federal center is weak, getting the lowest hanging fruit using guerilla actions, small member groups, less than five, lone wolves are the best, two to five people you immediately know, willing to go and engage the low-hanging fruit and pop them and give them body bags[.]" Based on my familiarity with this investigation and knowledge of Cupp, I believe Cupp is advocating for using lone wolves to target and kill members of the federal government, including troops.

8.     Cupp regularly posts online content detailing his hatred of "the Jews" and his belief that the Holocaust never happened. In approximately November 2024, he called for the mass killing of Jews in America in a vk.com video titled, "The Coming Destruction of the Jews and its Spiritual Meaning." Cupp stated, "The destruction of the Jews, the most cataclysmic destruction in their history, will come about in America. And the destruction of the Jews that

---

above normal levels, with forces on alert to be able to mobilize in 15 minutes.

**Affidavit of Ryan Phillips**                                                                                    **Page 4**

shall come will be much, much larger than the so-called Holocaust. They will be targeted, they will be hunted, they will face annihilation[.]" He later adds, "The Jew will act as the healing force in our revolution. It will be the lamb sacrifice that brings the people together[.]" Similarly, in a vk.com video titled, "The Centrality of Seeking Martyrdom," posted in approximately mid-December 2024, Cupp speaks extensively about his hatred for Jewish people and argues they need to be killed. For example, Cupp said: "And the Jew is a literal devil. It is a devil with two legs…Everything about the Jew requires a steadfast spirit of martyrdom…We can do this. There is only 16 million of these rat motherfuckers. 16 million. There are what, 8 billion of us? Death be upon them. We can do this. The lord is with you. This is a sacred mission. The people will come together, *insha'allah*[.][6]"

      9.     Oregon DMV information shows that Cupp was born on December 21, 1979. Based on my knowledge of this investigation and searches of law enforcement databases, I learned that Cupp and his wife share three children and they previously lived together at 3552 SE Westview Avenue, Apartment 31, Milwaukie, Oregon 97267. The family returned to Oregon around June 2024 after living in Florida. Cupp obtained a job at the Walmart in Happy Valley, Oregon. In approximately January 2025, Cupp indicated on social media that he was having marital problems. In April 2025, a Clackamas County Judge signed a restraining order against Cupp, prohibiting him from contacting his wife or children. The terms of the restraining order do not permit Cupp to have a firearm. In the paperwork pertaining to the restraining order, his wife claimed Cupp had bipolar disorder; she also alleged he told her he would kill her and then go out and harm the community until taken down by police if she did not reconcile with him. At

---

[6] Insha'allah is an Arabic term meaning God willing.

**Affidavit of Ryan Phillips**                                                                                                              **Page 5**

some point during this timeframe, Cupp left the family's residence and began sleeping on the streets in downtown Portland.

### Cupp's Threats to Federal Law Enforcement and Continued Online Statements

10. Over the course of several days during the week of June 9, 2025, protesters assembled in front of and around the Immigration and Customs Enforcement (ICE) building in the South Waterfront neighborhood of Portland, Oregon. The ICE building is located at 4310 S. Macadam Avenue, Portland, Oregon 97239. Starting in approximately mid-June 2025, Cupp began showing up at the ICE building protests. For example, on approximately June 10, 2025, Cupp on his vk.com account posted a photograph of himself with the following text overlaid: "HEADING DOWN TO FUCK WITH AND TROLL THESE I.C.E. LOSERS AFTER WORK. TELL THE ORANGE INBRED WHITE DEVIL MUPPET WITH NETANYAHU'S DICK UP HIS ASS TO TRY THAT NATIONAL GUARD SHIT IN LITTLE BEIRUT[.]" Based on my experience and familiarity with this investigation, I believe that Cupp is referring to Portland when he mentions "Little Beirut." Since approximately mid-June, Cupp has been a regular participant at the ICE building protests, as documented in his social media posts.

11. On October 15, 2025, I became aware of a video showing Cupp threatening federal law enforcement officers at the ICE facility. This video was filmed by federal law enforcement officers the previous evening, October 14, 2025. That evening, as a group of federal law enforcement officers approached a crowd of protesters, Cupp began yelling insults at the officers and threatened to behead them and rape their wives. Specifically, Cupp stated: "You know who I am. I'm going to have your head on a stick and mail it to your wife. And then I'm going to fuck her brains out in front of it[.]" Cupp then turns to the protester standing next to him and loudly says: "I was threatening to [UI]…I told them I was going to marinate them in

barbeque sauce and cook them, and bite their arm while they're still alive[.]" Based on my review of this video, combined with my familiarity with Cupp and this investigation, I believe the individual making the threat is Cupp.

12.     On November 13, 2025, I, along with another special agent, interviewed the ICE Public Affairs Officer based in Tampa, Florida (hereinafter "M.M."). M.M. was present at the Portland ICE facility on October 14, 2025 and recalled threats made by Cupp. M.M. operated the camera as law enforcement officers pushed out from the facility. He recalled Cupp pointing at him and clapping his hands. Cupp then said he would "put your head on a stick and show it to your wife while I fuck her brains out." He also recalled Cupp saying he "wanted to boil them in barbeque sauce and eat their arms while they're still alive." M.M. interpreted this language as a threat against his life and his colleagues' lives. During his two weeks at the ICE facility in Portland, M.M. heard many threats from protesters, but he recalled Cupp's threats as "the most egregious." M.M. said Cupp was known to federal officers at the ICE facility as "Jihad John" due to his previous threats made against officers.

13.     On the same date, I, along with another special agent, interviewed D.C., who works for the Bureau of Prisons and was present at the Portland ICE facility on October 14, 2025. D.C. remembered Cupp from that night and said Cupp talked about "killing us and raping our women." D.C. took this as a threat and said it was concerning because Cupp's words seemed "emotionally charged and directed at us." D.C. assessed that Cupp wanted to harm him and his colleagues. D.C. also recalled threats Cupp made on other nights, which included threats to harm officers' children. Additionally, Cupp told the officers that he was Osama Bin Laden and Timothy McVeigh. D.C. said Cupp wanted the officers to know he was on the same level of those terrorists.

**Affidavit of Ryan Phillips**                                                                                                          **Page 7**

14. On approximately November 3, 2025, Cupp posted a video to his vk.com account that reiterated the same threats made to federal agents and their wives, as follows. In the video, Cupp declared, "And then I was yelling I love Rodney Hinton[7] to the police and threatening to, uh, have sex with ICE agents' wives while they look at their dead husband's head on a pole[.]" Similarly, on approximately November 13, 2025, Cupp posted a video to his TikTok account, username @daddy.walid.love, in which he talked about the importance of undermining, ridiculing, and mocking the authority of the federal and local governments. Cupp encouraged his audience with the following words: "De-masculate them. Taunt them. Mock their authority. Question if they even have authority. Rattle their cages to the extent possible. Push their buttons. Annoy the piss out of them. And taunt the fuck out of them. I don't chant political slogans at police. I talk about fucking their wives while they look at their dead husband's head on a pole. I do that for a reason, it is absolutely calculated." Based on these statements, which came about one month after his in-person threat to federal law enforcement officers at the ICE facility, I believe Cupp's threat to federal officers is serious, particularly given the fact that he has made repeated reference to i. I believe the threat was made with the intent to impede, intimidate, or interfere with the federal officers' performance of official duties or to retaliate against the those officers for the performance of their duties. I believe this TikTok account belongs to Cupp, based on the profile photograph and numerous videos of Cupp posted to it.

<u>Cupp's Posts About His Desire for Martyrdom</u>

15. Another common theme in Cupp's social media content is his desire to seek martyrdom. On approximately July 6, 2025, Cupp posted to vk.com a photograph of himself with

---

[7] According to open-source information, Rodney Hinton was charged with fatally striking a police officer with his car after his son was killed in a police shooting.

**Affidavit of Ryan Phillips** **Page 8**

the following text overlaid: "An effective Revolutionary must yearn in years for martyrdom. In this way you are unbreakable and live life in an elevated liberated way even in poverty and repression."  This post is shown below:



16. Similarly, on approximately July 30, 2025, Cupp posted the following comment on vk.com: "WALID'S SPIRITUAL MINISTRY 7-30-2025: BEING UNBREAKABLE REQUIRES TOTAL SUBMISSION TO THE LORD, THE ABILITY TO CORRECT SINS AND FLAWS, BURNING FOR REVOLUTION, AND CRYING OUT AT NIGHT TO AL KHALIQ[8] FOR MARTYRDOM WITH SINCERITY[.]"  A few months later, in early November 2025, Cupp in a video posted to vk.com reiterated this stance on martyrdom: "Understand something, that no true Muslim and no true revolutionary longs for anything more than they long for martyrdom.  To have a good ending before the lord and in the annals of

---

[8] *Al-khaliq* is an Arabic term meaning God, the creator.

**Affidavit of Ryan Phillips**                                                                                                        **Page 9**

history…There would be nothing more pleasing to me than my brains all over the sidewalk in Portland, Oregon[.]"

17.     On November 5, 2025, Cupp echoed that same message in a post made to his TikTok account, username @daddy.walid.love.  As the image below shows, the post included a photograph of an individual, believed to be Cupp, wearing a small mask:



18.     This image includes text overlaying the photograph: "ALLAAH TOOK EVERYTHING FROM ME AND KNOCKED ME ON MY ASS TO SEND ME OFF ON THE YAHYA SINWAR[9] ROAD TO SOCIALISM FOR PORTLAND.  I CALL BULLSHIT ON THESE "REVOLUTIONARY" GROUPS.  WOULD YOU ACTUALLY KILL AND DIE FOR OUR YOUNG PEOPLE?  BUILDING THAT UNITARY MISSION UNTIL I FLOP OVER, MY BRAINS ARE ON THE SIDEWALK, OR THEY DUMP ME IN A CELL, ALLAHU

---

[9] According to open-source information, Yahya Sinwar was a senior leader of Hamas, a group the United States has declared a Foreign Terrorist Organization.  Israel claimed its troops killed Sinwar in October 2024.

**Affidavit of Ryan Phillips**                                                                                                          **Page 10**

AKBAR[10], POWER TO THE PEOPLE!" Based on my familiarity with this investigation, combined with the photograph depicting an individual with similar facial features and beard as Cupp and the username used in this post, I believe this Instagram account belongs to Cupp.

19.     Cupp's aggressive rhetoric on social media has led other online actors to highlight him and label him as an Antifa helper or agitator. For example, on approximately October 25, 2025, X user "Andy Ngo," @MrAndyNgo, posted examples taken from Cupp's social media accounts, along with the caption: "Have you seen the Muslim convert man who has been helping Antifa at the riots outside ICE in Portland? He goes by "Walid" but his real identity is John P. Cupp[.]" This post, which is shown below, had approximately 48,000 views as of October 25, 2025:



---

[10] Allahu Akbar is an Arabic term meaning Allah is great or God is great.

**Affidavit of Ryan Phillips**                                                                                                  **Page 11**

20.     Similarly, on approximately October 20, 2025, X user "SafetySwipe," @SafetyNotorious, posted several examples of Cupp's online content and described him as follows: "Meet John Cupp, a/k/a Walid Al Amriki or Abu Nusaybah Al Amriki…Cupp was a white supremacist who later became a pro-Jihadist and Islamic convert after serving as chairman of the officially-sanctioned U.S. pro-DPRK support group. He's an Antifa agitator in between shifts at Walmart."  As of October 22, 2025, this post, which is shown below, had over 19,000 views.



21.     On approximately November 3, 2025, Cupp on vk.com indicated that threats had been made against him, including assassination threats.  In a video, he stated, "Responding to the, uh, assassinations, threats, and talk around me.  I don't have the full scope of it.  I'm limited in, uh, exposing through the extent of it, but it's worse than the normal times[.]"  When Cupp

**Affidavit of Ryan Phillips**                                                                                                              **Page 12**

refers to the "assassinations, threats, and talk around me," I believe he is referring to the negative attention he has received as a result of his activities at the ICE facility protests and his social media posts.

22. On November 12, 2025, I called Cupp at telephone number 458-232-0627. He did not answer, but he called back a few minutes later and asked who had called him. After informing him of my name and FBI affiliation, I said I would like to get together to ask him a few questions. Cupp immediately said he would "pass" and hung up the phone. As of November 14, 2025, I do not know Cupp's exact whereabouts. A TikTok post from November 16, 2025 indicated he was visiting Seattle but a federal officer reported Cupp was at the ICE facility in Portland on November 18, 2025.

23. Based on the foregoing information, I have probable cause to believe, and I do believe, that Cupp committed the crime Threats Made Against a Federal Law Enforcement Officer, in violation of 18 U.S.C. § 115(a)(1)(B). I therefore request that the Court issue a criminal complaint and arrest warrant for Cupp.

24. Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were reviewed by an Assistant United States Attorney, and the AUSA advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

25. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized

is relevant to an ongoing investigation, and any disclosure of the information at this time may cause flight from prosecution, cause destruction of or tampering with evidence, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

<u>*By phone pursuant to Fed. R. Crim. P. 4.1*</u><br>
Ryan Phillips<br>
FBI, Special Agent

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __2:36__ a.m./~~p.m.~~ on November 21, 2025.

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

**Affidavit of Ryan Phillips**  **Page 14**