Ellie Riegel, OSB #221879
Assistant Federal Public Defender
Email: Ellie_Riegel@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-00348-1 |
| Plaintiff, | |
| v. | UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |
| JOHN PAUL CUPP, | |
| Defendant. | |

Defendant John Paul Cupp, through his counsel Ellie Riegel, moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled for April 24, 2026, for a period of approximately 60 days to June 23, 2026, or a date thereafter convenient to the Court. Mr. Cupp is out of custody on pretrial release. This motion is unopposed by Assistant United States Attorney Katherine Rykken.

Mr. Cupp understands that he has been accused of one or more offenses punishable by imprisonment for more than one year and that under 18 U.S.C. § 3161(b), he has the right to a speedy indictment which requires the return of an indictment or filing of an information against him within 30 days of his arrest.

Page 1 Unopposed Motion to Continue Arraignment

After receiving this advice, Mr. Cupp waives his right to prosecution by speedy indictment and consents to prosecution by indictment or information at a later time.

Dated: April 21, 2026.

/s/ Ellie Riegel
Ellie Riegel, OSB # 221879

I hereby consent to a continuance of my arraignment in this matter.

John Paul Cupp, Defendant

Page 2 Unopposed Motion to Continue Arraignment